District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Jane Doe, a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>EXOTIC METALS FORMING COMPANY, LLC, a Washington limited liability company,<br><br>Defendant. | CASE NO. 16-cv-01869-JLR<br><br>**FILED UNDER SEAL**<br><br>[~~PROPOSED~~] **ORDER** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint, this Order, the United States' Notice of Declination, and all other papers on file in this action shall be unsealed;

[~~PROPOSED~~] ORDER - 1
(16-cv-01869-JLR)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Relator shall serve a copy of the Complaint, this Order, and the United States' Notice of Declination on Defendant;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

4. The parties shall serve all Notices of Appeal upon the United States;

5. All orders of this Court shall be sent to the United States; and

6. Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 21st day of August, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

JESSICA M. ANDRADE, WSBA NO. 39297
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart St., Suite 5220
Seattle, WA 98101-1271
E-mail: jessica.andrade@usdoj.gov

[PROPOSED] ORDER - 2
(16-cv-01869-JLR)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970