District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Jane Doe, a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>EXOTIC METALS FORMING COMPANY, LLC, a Washington limited liability company,<br><br>Defendant. | CASE NO. 16-cv-01869-JLR<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered Relator's Notice of Dismissal and the United States' Consent to Dismissal, hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. Relator having agreed to dismiss all claims raised in this matter;
2. All of the claims set forth in the Complaint shall be dismissed against the Defendant without prejudice to the Relator, and without prejudice to the United States.

//
//

[~~PROPOSED~~] ORDER - 1
CASE NO. 16-cv-01869-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 19th day of December, 2017.

_____
JAMES L. ROBART
United States District Judge

Presented by:

/s/ David East
DAVID R. EAST WSBA #31481
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax:   (206) 553-4073
Email: david.east@usdoj.gov

[PROPOSED] ORDER - 2
CASE NO. 16-cv-01869-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970